UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARIA ISABEL CRESPO, *individually and on behalf of others similarly situated,*

Civil Action No. **23-cv-02410**

*Plaintiff,*

JUDGMENT

-against-

83 02 GALICIA BAR REST INC. (d/b/a GALICIA BAR) JOSE MAYO, SEGUNDO CALDAS, and MAURICIO SANCHEZ,
          *Defendants.*
------------------------------------------------------------------X

## JUDGMENT

On January 16, 2024 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, MARIA ISABEL CRESPO, have judgment against 83 02 GALICIA BAR REST INC. (D/B/A GALICIA BAR), JOSE MAYO, SEGUNDO CALDAS and MAURICIO SANCHEZ, jointly and severally, in the amount of Forty Thousand Dollars and No Cents ($40,000.00), which is inclusive of attorneys' fees and costs.

Dated: Brooklyn, New York

      January 19, 2024

BRENNA B. MAHONEY
CLERK OF COURT

by: ___*Jalitza Poveda*___
        Deputy Clerk